# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAMEKA STEPHENSON, | |
|         Plaintiff, | Case No. 2:11-cv-01596-JCM-PAL |
| vs. | **ORDER** |
| UNITED STATES AIR FORCE, et al., | |
|         Defendants. | |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (Dkt. #26) filed February 4, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than April 29, 2013. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., August 2, 2013.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 19th day of July, 2013.

_____
Peggy A. Leen
United States Magistrate Judge