DANIEL G. BOGDEN
United States Attorney
District of Nevada
JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov
*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMEKA STEPHENSON, | ) |
| Plaintiff, | ) Case No: 2:11-cv-01596-JCM-PAL |
| v. | ) |
| UNITED STATES AIR FORCE, *et al.,* | ) |
| Defendants. | ) |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 1st day of August 2013.

|  |  |
|---|---|
|  | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Kirk T. Kennedy* | */s/ Justin Pingel* |
| KIRK T. KENNEDY | JUSTIN E. PINGEL |
| KENNEDY LAW OFFICES | Assistant United States Attorney |
| 815 S. Casino Center Blvd. | *Attorneys for the United States* |
| Las Vegas, Nevada 89101 |  |
| *Attorney for Plaintiff* |  |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: August 6, 2013